# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00375-CV

**Cherry Bomb Tattoo Supply, LLC; and Alisha Sanford, Appellants**

**v.**

**Teen Bean Ventures, LLC d/b/a Antone's Ink & Tattoo Supply; and Christine De Costa, Appellees**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-001899, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on November 12, 2024. On January 16, 2025, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by January 27, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: January 31, 2025